IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: APPLICATION OF ACTION | § § | |
| CONGRESS AND BABATUNDE RAJI | § § | CIVIL ACTION<br>NO. MC-07-535 |
| FASHOLA, S.A.N. (His Excellency, | § § | |
| Governor, Lagos State OF Nigeria) | § § | |
| ("APPLICANTS") FOR DISCOVERY . | § | |

### ORDER

Upon consideration of the Application of Action Congress and Babatunde Raji Fashola, S.A.N., Order to Take Discovery Pursuant to 28 U.S.C. § 1782 and the supporting Declaration, and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied, it is, therefore

ORDERED that the application is granted; and it is

FURTHER ORDERED that Action Congress and Babatunde Raji Fashola,, S.A,N. are authorized pursuant to 28 U.S.C. § 1782 to take discovery relating to the issues identified in its application from Texas Southern University ("TSU"), including (1) issuing subpoenas to TSU  (2) issuing additional subpoenas to TSU, or to former or present presidents, regents, administrators, employees or agents of TSU, for the production of documents and the taking of depositions as Action Congress and Babatunde Raji Fashola, S.A.N. may deem reasonably appropriate based upon review of documents produced and deposition given by TSU and as are consistent with the Federal Rules of Civil Procedure; and it is

FURTHER ORDERED that TSU is directed to comply with such subpoenas in accordance with, and subject to their rights under, the Federal Rules of Civil Procedure and the Rules of this Court; and it is

FURTHER ORDERED that Babatunde Coker may issue, sign and serve such subpoenas on TSU pursuant to Fed. R. Civ. P. 45(a)(3) in this matter; and it is

FURTHER ORDERED that testimony may be taken before any certified court reporter or reporters authorized to take testimony and administer oaths, and such court reporter or reporters are hereby appointed to administer oaths and take testimony in this matter; and it is

FURTHER ORDERED that Action Congress and Babatunde Raji Fashola, S.A.N. shall deliver copies of this order and any subpoena issued pursuant to this order to the parties to the civil proceedings pending in Nigeria.

Signed this ___ day of _____ 2007

_____
UNITED STATES JUDGE